NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID R. MARSHALL,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7027

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-48, Chief Judge Bruce E. Kasold.

---

## ON MOTION

---

## ORDER

Upon consideration of David R. Marshall's motion for a 45-day extension of time, until June 16, 2011, to file his reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 0 2 2011**
　　　Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:　Kenneth M. Carpenter, Esq.
　　Steven M. Mager, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 0 2 2011**

**JAN HORBALY**
**CLERK**